# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCILLA S. BARDES, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cv-01109-RFB-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SILVER STATE FINANCIAL SERVICES, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court on Plaintiff's Motion to defend service (ECF No. 19), filed on June 16, 2016.

Plaintiff filed a complaint in the Eighth Judicial District Court on April 21, 2016. (ECF No. 1-1). Defendant U.S. National Association as Trustee for Securitized Trust Adjustable Rate Mortgage Trust 2004-1 ("U.S. Bank") filed a petition for removal on May 17, 2016. (ECF No. 1). Defendant U.S. Bank filed its Motion to Dismiss for failure to state a claim and on a statute of limitations basis on May 24, 2016. (ECF No. 6).

Plaintiff filed her motion to defend service upon Defendant U.S. Bank. Defendant has not moved to dismiss this matter for insufficient process. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to defend service (ECF No. 19) is **denied** based upon a lack of dispute.

DATED this 23rd day of June, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge