UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PRISCILLA S. BARDES,

        Plaintiff,

vs.

SILVER STATE FINANCIAL SERVICES, et al.

        Defendants.

Case No. 2:16-cv-01109-RFB-GWF

**ORDER**

        This matter is before the Court on Defendants' proposed Discovery Plan and Scheduling Order (ECF No. 56), filed on August 8, 2016. The Court conducted a status discovery hearing on August 24, 2016. The Court will grant an 180 day discovery period from the date of the issuance of this order. Accordingly,

        **IT IS HEREBY ORDERED** that the following discovery plan and scheduling order dates shall apply:

    1.    Last date to complete discovery: **February 20, 2017**

    2.    Last date to amend pleadings and add parties: **November 22, 2016**

    3.    Last date to file interim status report: **December 22, 2016**

    4.    Last date to disclose experts: **December 22, 2016**

    5.    Last date to disclose rebuttal experts: **January 22, 2017**

    6.    Last date to file dispositive motions: **March 22, 2017**

    7.    Last date to file joint pretrial order: **April 21, 2017**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 24th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge