1

2

3

4          **UNITED STATES DISTRICT COURT**

5          **DISTRICT OF NEVADA**

6

7    PRISCILLA BARDES, *et al.*,                    )
                                                    )
8                    Plaintiffs,                    )        Case No. 2:16-cv-01109-RFB-GWF
                                                    )
9    vs.                                            )        **ORDER**
                                                    )
10   SILVER STATE FINANCIAL SERVICES, *et al.*,     )
                                                    )
11                   Defendants.                    )
    _____        )

12

13          This matter is before the Court on Defendants Quality Loan Service Corporation and McCarthy

14   Holthus LLP's Motion to Disassociate Counsel and Substitute Counsel (ECF No. 104), filed on

15   December 15, 2016.

16          Counsel for Defendants represents that Amanda Hunt, Esq. is no longer associated with the law

17   firm of McCarthy Holthus LLP.  Therefore, counsel requests that Ms. Hunt be removed as attorney of

18   record for Defendants.  Counsel also indicates that Ms. Hunt's withdrawal will not delay or prejudice

19   the proceedings in this matter because Defendants will continue to be represented by attorney Thomas

20   N. Beckom, Esq. of McCarthy Holthus LLP.  The Court finds that counsel has provided good cause to

21   justify granting Ms. Hunt's withdrawal.  Accordingly,

22          **IT IS HEREBY ORDERED** that Defendants Quality Loan Service Corporation and McCarthy

23   Holthus LLP's Motion to Disassociate Counsel and Substitute Counsel (ECF No. 104) is **granted**.

24          **IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Amanda Hunt, Esq.

25   from the CM/ECF service list in this case.

26          DATED this 16th day of December, 2016.

27

28          _____
            GEORGE FOLEY, JR.
            United States Magistrate Judge