UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PRISCILLA BARDES, *et al.*,

          Plaintiffs,

vs.

SILVER STATE FINANCIAL SERVICES, *et al.*,

          Defendants.

Case No. 2:16-cv-01109-RFB-GWF

**ORDER**

      This matter is before the Court on Defendants Wells Fargo, N.A., Mortgage Electronic Registration Systems, Inc., and US Bank National Association's Motion to Strike Plaintiff's Motion to Distinguish (ECF No. 91), filed on November 16, 2016. Plaintiff filed her Opposition (ECF No. 94) on November 29, 2016.

      Plaintiff filed her Motion to Distinguish *Vien-Phuong Thi Ho v. Reconstruct*, FDCPA Circuit Conflict (ECF No. 87) on November 3, 2016. Defendants request that the Court strike Plaintiff's Motion to Distinguish as a supplemental filing pursuant to Local Rule 7-2(g). LR 7-2(g) states that "[a] party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause. The judge may strike supplemental filings made without leave of court." LR 7-2(g). Upon review of Plaintiff's Motion to Distinguish, the Court strikes it as a supplemental brief. Accordingly,

      **IT IS HEREBY ORDERED** that Defendants' Motion to Strike Plaintiff's Motion to Distinguish (ECF No. 91) is **granted**.

      DATED this 28th day of December, 2016.

                                                        _____
                                                        GEORGE FOLEY, JR.
                                                        United States Magistrate Judge